## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEO KHAYET ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.   2:17-cv-2122 |
| ) | |
| DENNIS BOERSEN, et al. ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW AS PLAINTIFF'S ATTORNEY

COMES NOW the undersigned, attorney Jason Kotlyarov, and for his Motion to Withdraw as Plaintiff's Attorney, states the following:

1. On or about February 26, 2017 Plaintiff Leo Khayet, by and through counsel filed the case captioned above.

2. On or about April 13, 2017, Plaintiff's counsel decided to terminate his representation of Plaintiff for good cause as described in Kansas Rules of Professional Conduct Rule 226, Section 1.16 (b)(5).

3. In order to prevent a material adverse effect on the interests of the Plaintiff since there was a hearing scheduled for April 18, 2017, counsel continued to represent Plaintiff until April 18, 2017 where Plaintiff requested that counsel withdrew from representation.

4. Counsel has attached proof of communication stating that he provided Plaintiff with notice of the admonition that the Plaintiff is personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or by court order pursuant to D. Kan. Rule 85.5.5. (Exhibit 1).

5. To the best of counsel's knowledge, Plaintiff's current mailing address and telephone number are:

Leo Khayet
13249 High Drive
Leawood, KS 66209
(913) 660-5766

6. Plaintiff's counsel will file proof of personal service of the Motion to Withdraw or the certified mail return receipt, signed by the Plainitff, or an affidavit indicating the Plaintiff received a copy of the Motion to Withdraw, once said proof has been received.

WHEREFORE, the undersigned requests an Order of the Court allowing him, and Kotlyarov Law Group to withdraw as counsel for Plaintiff.

Dated this 26th day of April, 2017.

>Respectfully submitted,
>/s/ Yevgeniy "Jason" Kotlyarov
>Y. JASON KOTLYAROV (#78529)
>Kotlyarov Law Group
>107 W. 9th Street, Suite 205
>Kansas City, Missouri 64105
>(913) 725-0735
>jason@gotlawyered.com
>
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 26th day of April, 2017, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of records and sent a copy of the foregoing Motion and all attached documents via and by U.S. Certified Mail, read receipt requested to:

| | |
|---|---|
| Leo Khayet | Van Osdol, P.C. |
| 13249 High Drive | Attn: Jonathan W. Davis |
| Leawood, KS 66209 | 1000 Walnut St. Suite 1500 |
| | Kansas City, MO 64106 |

>/s/Y. Jason Kotlyarov
>JASON KOTLYAROV (#78529)
>*Attorney for Plaintiff*