IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEO KHAYET,<br><br>        Plaintiff,<br><br>v.<br><br>DENNIS BOERSEN, Individually,<br>BOERSEN FARMS, INC.,<br>BOERSEN FARMS AG, LLC,<br>BOERSEN AG PARTNERS, LLC, and<br>BOERSEN TRANSPORT, INC.<br><br>        Defendants | )<br>)<br>)<br>)<br>)   Case No. 2:17-CV-02122-JAR-GEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS**

COMES NOW Plaintiff pro se and all Defendants, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate that all of the claims in the original complaint, are voluntarily dismissed without prejudice by the plaintiff and all pending motions are hereby withdrawn.

Respectfully submitted,

_____
Leo Khayet
leokhayet@gmail.com
13249 High Drive
Leawood, KS 66209
(913) 660-5766

{00276949. 1}

PLAINTIFF PRO SE

VAN OSDOL, PC

BY: /s/ Jonathan W. Davis
Jonathan W. Davis    KS# 22102
jdavis@VanOsdolKC.com
1000 Walnut St, Suite 1500
Kansas City, MO 64106
(816) 421-0644  Fax: (816) 421-0758

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that on this 27th day of September, 2017, a true and correct copy of the above and foregoing Certificate Of Service was electronically filed with the Clerk of the U.S. District Court for the District of Kansas using the Court's electronic filing system.

/s/ Jonathan W. Davis
For the Firm